Eva Joyce BATES, Employee/Appellant,

v.

TREASURER OF the STATE of Missouri as Custodian of the Second Injury Fund, Respondent.

No. 75050.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Susan K. Roach, Chesterfield, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John K. Ottenad, Asst. Atty. Gen., Cape Girardeau, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

ORDER

PER CURIAM.

Eva Joyce Bates (Employee) appeals from the Final Award Denying Compensation (Final Award) entered in favor of the Second Injury Fund (Fund) by the Industrial and Labor Relations Commission (Commission) in this worker's compensation proceeding.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. The Commission's Final Award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. We affirm the Final Award pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Hakee MITCHELL, Appellant.

No. 75024.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kristin Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, Hakee Mitchell, appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of first degree assault, RSMo section 565.050,[1] and armed criminal action, RSMo section 571.015. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

1. All statutory references are to RSMo 1994.